# REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury, on _____ March 31 ___, 20 11, returned an Indictment against

_____JUAN SILLAS-ROCHA, a/k/a JUANILLO SILLAS, a/k/a MAURICIO, a/k/a RUEDAS_____

charging the following:

21 U.S.C. § 846 - conspiracy to possess with intent to distribute and distribute controlled substances
21 U.S.C. §§ 848(a), 848(b)(1), 848(b)(2)(A), 848(c), & 848(s) - continuing criminal enterprise
21 U.S.C. §§ 846 & 848(e)(1)(A) - conspiracy to commit murder in furtherance of a continuing criminal enterprise
18 U.S.C. § 2 - aiding and abetting

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a __Warrant__ directed to the above-named defendant.

[x]   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]   The United States recommends that:

    [ ]   bail be set at $ _____

    [ ]   defendant be detained without bail.

COMMENTS:

Dated this 31st day of __March__, 20 11.

_____
TIMOTHY Q. PURDON
United States Attorney